# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **WARRANT FOR ARREST** |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| EARL SIDENER, | ) | CASE NO. 05-3062-m |
| | ) | |
| Defendant | ) | |

FILED NOV 1 5 2005 JOHN M. WATERS, Clerk U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS

RECEIVED 2005 NOV -1 P 5:41 U.S. MARSHALS SERVICE CENTRAL ILLINOIS

TO:    THE U. S. MARSHAL and any
        AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **EARL SIDENER**, and bring him forthwith to the nearest magistrate judge to answer a Criminal Complaint charging him with Conspiracy to Distribute a Controlled Substance, Cocaine, in violation of Title 21, United States Code, Section 846 and Sections 841(a)(1) and (b)(1)(A)(ii).

| | |
|---|---|
| **Honorable Byron Cudmore** | **U.S. Magistrate Judge** |
| Name of Judicial Officer | Title of Judicial Officer |
| s/ Byron G. Cudmore | October 29, 2005, Springfield, Illinois |
| Signature of Judicial Officer | Date and Location |

**Bail fixed at $** _No Bail_ **by** ____Byron Cudmore. BGC

---

**RETURN**
This warrant was received and executed with the arrest of the above named defendant at Springfield, IL

| Date Received 10/29/05 | Name of Arresting Officer AARON FULLINGTON | Signature of Arresting Officer |
| Date of Arrest 10-28-05 | Title of Arresting Officer SPECIAL AGENT | s/A [signature] 4775 |