E-FILED
Friday, 27 January, 2006 02:35:57 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>EARL V. SIDENER,<br><br>DEFENDANT. | No.: 05-3062-M |

## MOTION TO MODIFY CONDITIONS OF RELEASE

NOW COMES the Defendant, EARL V. SIDENER, by and through his attorney, David K. Harris, and in support of his Motion states as follows:

1. The *Order Setting Conditions of Release* was entered on November 1, 2005 and included 7 conditions.

2. The Defendant is in full compliance with all 7 conditions.

3. The Defendant requests that certain conditions be relaxed or modified on a temporary basis as follows:

    a) That home confinement and electronic monitoring be modified to allow Defendant time for daily exercise and weight control;
    b) That home confinement, electronic monitoring and travel restriction be modified temporarily to allow Defendant and his fiancé to travel to Chicago on a weekend to attend a family gathering and engagement ceremony.

4. Assistant United States Attorney Sanchez has no objection to this Motion.

5.  United States Probation Officer Turner has no objection to this Motion.

6.  That oral argument be up to the discretion of United States Magistrate Byron G. Cudmore.

WHEREFORE, Defendant, EARL V. SIDENER, respectfully requests this Honorable Court to enter an Order modifying the conditions of his release as requested.

RESPECTFULLY SUBMITTED

/s/ David K. Harris
David K. Harris, #01134426
His Attorney

2

## CERTIFICATE OF SERVICE

    I hereby certify that on January 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Esteban Sanchez
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701

        /s/    David K. Harris
              David K. Harris, #01134426
              Attorney for Defendant
              1307 S. Seventh Street
              Springfield, IL 62703
              Telephone: (217) 789-9794
              Fax: (217) 789-9797
              E-mail: davidandmargie@hotmail.com